UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIAM JAMES MCKNIGHT,**

    **Plaintiff,**

-vs-                                               Case No. 6:08-cv-345-Orl-35GJK

**OFFICER CLIFTON, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

On April 8, 2010, the Court ordered Plaintiff to show cause, within fourteen days from the date of the Order, as to why this action should not be dismissed for his failure to comply with a prior Order of this Court and to prosecute this action (Doc. No. 86). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 28th day of April 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 4/5
Counsel of Record
William James McKnight